Michael D. Braun (Bar No. 167416)
**BRAUN LAW GROUP, P.C.**
10680 W. Pico Blvd., Suite 280
Los Angeles, CA 90064
Phone:   (310) 836-6000
Fax:       (310) 836-6010
E-Mail: service@braunlawgroup.com

Janet Lindner Spielberg (Bar No. 221926)
**LAW OFFICE OF JANET**
  **LINDNER SPIELBERG**
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Phone:   (310) 392-8801
Fax:       (310) 278-5938
E-Mail: jlspielberg@jlslp.com

Joseph N. Kravec, Jr. (*pro hac vice*)
Wyatt A. Lison (*pro hac to be filed*)
Maureen Davidson-Welling (*pro hac to be filed*)
**STEMBER FEINSTEIN**
  **DOYLE & PAYNE, LLC**
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219
Phone:  (412) 281-8400
Fax:  (412) 281-1007
Email: jkravec@stemberfeinstein.com
      wlison@stemberfeinstein.com
      mdavidsonwelling@stemberfeinstein.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHANEE THURSTON and LAWRENCE G. KNOWLES, III**, on behalf of themselves and all others similarly situated,<br><br>                   **Plaintiffs**,<br><br>    v.<br><br>**BEAR NAKED, INC.**,<br><br>                   **Defendant**. | **CASE NO.: 3:11-cv-04678-RS**<br><br><u>**CLASS ACTION**</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON MOTION TO TRANSFER**<br><br>**Hearing Date: December 15, 2011<br>Time: 1:30 p.m.<br>Courtroom: 3<br>Judge: Honorable Richard Seeborg** |

WHEREAS, on November 10, 2011, Defendant Bear Naked, Inc. ("Bear Naked") filed a Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Motion to Transfer"), which is currently set for hearing on December 15, 2011;

WHEREAS, the Parties have been discussing a way to resolve Bear Naked's Motion to Transfer without need of court intervention and, given the Thanksgiving holiday, the Parties need additional time to try to come to a resolution;

WHEREAS, there has been one prior extension of time, granting Bear Naked's Motion to Enlarge Time to Respond to Plaintiffs' Complaint (Doc. No. 18);

WHEREAS, this Stipulation is made in good faith and not for purposes of delay; and

WHEREAS, good cause exists for the modification to the case schedule because it would promote judicial efficiency if the Parties can come to an agreement resolving Bear Naked's Motion to Transfer without the need of court intervention.

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record as follows:

    (a)    The hearing on the Motion to Transfer shall be continued to January 5, 2012 at 1:30 p.m. in Courtroom 3;

    (b)    Plaintiffs' Opposition to Bear Naked's Motion to Transfer shall be filed and served by December 8, 2011; and

    (c)    Defendant's Reply shall be filed and served by December 15, 2011.

DATED: November 23, 2011                  STEMBER FEINSTEIN DOYLE
                                                                                      & PAYNE, LLC

                                                                             By: s/Joseph N. Kravec, Jr.
                                                                                  Joseph N. Kravec, Jr.

                                                                             429 Forbes Avenue
                                                                             Allegheny Building, 17th Floor
                                                                             Pittsburgh, PA 15219
                                                                             Phone: (412) 281-8400
                                                                             Fax: (412) 281-1007
                                                                             Email: jkravec@stemberfeinstein.com

*Attorneys for Plaintiffs*

JENNER & BLOCK

By:   s/Kenneth K. Lee via consent
        Kenneth K. Lee

353 N. Clark Street
Chicago, IL 60654-3456
Phone:  (213) 239-5100
Fax:  (213) 239-5199
Email:  klee@jenner.com

*Attorneys for Defendant Bear Naked, Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:  11/23/11

_____
Honorable Richard Seeborg

---

Stipulation and [Proposed] Order Continuing Hearing and Briefing Schedule on Motion to Transfer;
Case No.:  3:11-cv-04678-RS